BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-mj-304-KJN |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING COURT |
| | ) | TRIAL |
| v. | ) | |
| | ) | Date:     December 17, 2012 |
| KIMBERLY K. HARRIS, | ) | Time:     9:00 a.m. |
| | ) | Judge:    Hon. Kendall J. Newman |
| Defendant. | ) | |

It is hereby ordered that the Trial scheduled for December 17, 2012, at 9:00 a.m., is continued to March 11, 2013, at 9:00 a.m.

IT IS SO ORDERED.
Dated: December 13, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE