BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>          Plaintiff,               )<br>                                   )<br>     v.                            )<br>                                   )<br> KIMBERLY K. HARRIS,               )<br>                                   )<br>          Defendant.               )<br>_____) | No. 2:12-mj-00304-KJN<br><br>ORDER VACATING COURT TRIAL AND<br>SETTING A CHANGE OF PLEA, AND<br>SENTENCING<br><br>Date:  March 11, 2013<br>Time:  9:00 p.m.<br>Judge: Hon. Kendall J. Newman |

It is hereby ordered that the court trial set for March 11, 2013, at 9:00 a.m., is VACATED.  It is further ordered that a change of plea and sentencing is set for March 27, 2013, at 9:00 a.m.

IT IS SO ORDERED.


Dated: February 26, 2013


_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE