BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-mj-304-KJN |
| ) | |
| Plaintiff, ) | ORDER CONTINUING CHANGE OF PLEA |
| ) | AND SENTENCING HEARING |
| v. ) | |
| ) | |
| KIMBERLY K. HARRIS, ) | Date:     March 27, 2012 |
| ) | Time:     9:00 a.m. |
| Defendant. ) | Judge:    Hon. Kendall J. Newman |

It is hereby ordered that the Change of Plea and Sentencing hearing set for March 27, 2013, at 9:00 a.m., is continued to April 10, 2013, at 9:00 a.m. Time is excluded from today's date through April 10, 2013, under Local Code T4 to allow adequate time for defense preparation.  The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: March 26, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE